**STATE of Missouri, Respondent,**

v.

**Corey HEARD, Appellant.**

**No. WD 41413.**

Missouri Court of Appeals, Western District.

March 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied May 15, 1990.

David S. Durbin, Appellate Defender, John L. Vohs, Asst. Appellate Defender, State Public Defender's Office, Kansas City, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, first degree, armed criminal ac-

tion, forcible sodomy, forcible rape, kidnapping, and stealing a motor vehicle, in violation of Sections 569.020, 571.015, 566.060, 566.030, 565.110, and 570.030, RSMo 1986.

Judgment affirmed pursuant to Rule 30.-25(b) with sentence correction pursuant to § 547.280, RSMo 1986.